UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-215-F

| | |
|---|---|
| BULMARO CERAS-CAMPO, on behalf of himself and all other similarly situated persons,<br>Plaintiffs,<br><br>v.<br><br>WF PARTNERSHIP; GEORGE E. WARREN; RUPERT GERALD WARREN; BRUCE D. WARREN; JANET WARREN; WARREN FARMING CO.; JOSÉ DANIEL CRUZ; and GEORGE E. WARREN, RUPERT GERALD WARREN, JANET WARREN, and BRUCE D. WARREN, d/b/a WF PARTNERSHIP,<br>Defendants. | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This the 9th day of June, 2010.

　　　　　　　　　　　　　　　　　　/s/ James C. Fox
　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　Senior United States District Judge