IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CV-215-BO

| | |
|---|---|
| BULMARO CERAS-CAMPO, *on behalf of himself and all other similarly situated persons*, <br> Plaintiffs, <br><br> v. <br><br> WF PARTNERSHIP, GEORGE E. WARREN, RUPERT GERALD WARREN, BRUCE D. WARREN, JANET WARREN, WARREN FARMING CO., JOSÉ DANIEL CRUZ, and GEORGE E. WARREN, RUPERT GERALD WARREN, JANET WARREN, and BRUCE D. WARREN d/b/a WF PARTNERSHIHP, <br> Defendants. | **ORDER APPROVING CONTENT OF NOTICE TO CLASS AND METHODS OF DISTRIBUTION OF CLASS NOTICE** |

This matter is before the Court on the Joint Motion [DE 57] by the named plaintiffs and defendants George E. Warren, Janet Warren, Rupert Gerald Warren, Bruce D. Warren, WF Partnership, and Warren Farming Co. (hereinafter referred to as "the Warren defendants") to approve the Notice to Class and the method for distributing that Notice to Class to the putative members of the class and FLSA collective action that the Court has certified against those same defendants. In support of their joint motion, the named plaintiff and the Warren defendants have filed a stipulated notice and method of distribution. The proposed content and method of distribution for that notice are consistent with that previously approved for use in other similar wage actions before the federal courts of this state. *See Haywood v. Barnes*, 109 F.R.D. 568 (E.D.N.C. 1986). They also appear to be reasonably calculated to provide the best notice practicable under the circumstances of this case. Fed. R. Civ. P. 23.

The Notice shall reflect that objections to the proposed Settlement must be delivered to the

Clerk of Court on or before **July 10, 2011**. The Notice shall reflect that the Fairness Hearing will be held on **August 10, 2011**, at 2:00pm at the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina 27601.

The Court therefore formally approves the content of the Notice to Class attached to the respective Joint Motions, as amended to include the dates for the objection deadline and the Fairness Hearing, and the method of distribution for that Notice to Class that is set out in numbered paragraphs 1-3 of those same Joint Motion for distribution to the members of the class and FLSA collective action certified by this Court under Federal Rule of Civil Procedure 23(b)(3), and 29 U.S.C. §216(b). Plaintiff or his designees shall complete the requirements for distributing the class notice within thirty (30) days of the date that the plaintiff receives all of the information described in paragraph 1 of the Joint Motion by the named plaintiff and the Warren defendants.

The Joint Motion [DE 57] is GRANTED.

IT IS SO ORDERED, this __13__ day of May, 2011.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2